FILED

MJ 25-04178

2025 JUL -8 AM 10: 30

CLERK U.S. DIST. COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

MRV

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DENIS OLIVA - RODRIGUEZ | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Complaint
in the Southern                          District of California                          on 9/10/2025
at 0900          ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about 9/10/2025
in violation of Title 8 _____ U.S.C., Section(s) 1325
to wit: _____

A warrant for defendant's arrest was issued by: Robert N. Block

Bond of $ N/A _____ was ☐ set / ☐ recommended.

Type of Bond: N/A

Relevant document(s) on hand (attach): N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          7/8/25
                        Date

_____
Signature of Agent

O.RUNYAN
Print Name of Agent

USMS
Agency

DUMS
Title

CR-52 (03/20)                          DECLARATION RE OUT-OF-DISTRICT WARRANT