Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**

**MJ 25-04178**

2025 JUL -8 AM 10: 30

CENTRAL DIST. OF CALIF.
LOS ANGELES

*mpv*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**PLAINTIFF**

V.

DENIS OLIVA-RODRIGUEZ

USMS# 89056-298

**DEFENDANT**

CASE NUMBER:

19-MJ-23776

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 7/8/2025 ___ at 9:00 ☒ AM ☐ PM

   or

   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   8 USC 1325

5. Offense charged is a: ☐ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: Spanish

7. Year of Birth: 1979

8. Defendant has retained counsel: ☒ No

   ☐ Yes  Name: N/A  Phone Number: N/A

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): N/A

11. Name: O.RUNYAN  (please print)

12. Office Phone Number: 213-620-7676  13. Agency: USMS

14. Signature: ___  15. Date: 07/0802025

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION